# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140297

In re INVESTIGATIVE SUBPOENAS.
_____

GRAND TRAVERSE COUNTY PROSECUTOR,
      Petitioner-Appellee,

v

MEIJER, INC.,
      Respondent-Appellee,

and

DICKINSON WRIGHT EMPLOYEES,
      Respondents-Appellants.
_____/

SC: 140297
COA: 284993
Grand Traverse CC:
08-026516-PZ

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE the November 19, 2009 judgment of the Court of Appeals because the case is MOOT in light of *Citizens United v Federal Election Comm'n*, 558 US ___; 130 S Ct 876; 175 L Ed 2d 753 (2010). In all other respects, the application for leave to appeal is DISMISSED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 28, 2011

_____
Clerk

d0125